Will Ramey, Esq. (SBN: 264783)
**M&Y PERSONAL INJURY LAWYERS**
6300 Wilshire Blvd., Suite 807
Los Angeles, CA 90048
Telephone: 877-750-6500
Facsimile: 877-877-5057

Attorneys for Plaintiffs
KENNETH BERNARD WALTON, MICHELLE ANTANETTE ZENO, AND DUNG NGUYEN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH BERNARD WALTON, MICHELLE ANTANETTE ZENO, AND DUNG NGUYEN,<br><br>Plaintiffs,<br><br>vs.<br><br>BLUE HILL SPECIALTY INSURANCE COMPANY INC. AND DOES 1-50, INCLUSIVE, et al.,<br><br>Defendants. | Case No.: 2:26−CV−03031−JAM−CKD<br><br>**NOTICE OF REQUEST TO SEAL DOCUMENTS [L.R. 141]**<br><br>Judge: Hon. John A. Mendoza<br>Magistrate Judge: Hon. Carolyn K. Delaney<br>Hearing on Motion to Withdraw:<br>November 10, 2026, 1:00 p.m. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Local Rule 141 and the Court's Minute Order entered October 21, 2026 (ECF No. 12), Will Ramey and M&Y Personal Injury Lawyers ("Counsel"), attorneys of record for Plaintiffs Kenneth Bernard Walton, Michelle Antanette Zeno, and Dung Nguyen ("Plaintiffs"), have submitted to the Court a "Request to Seal Documents," a proposed order, and the document covered by the request, and hereby request that the Court order the document filed under seal.

**1. Description of the documents sought to be sealed.** The document sought to be sealed is Counsel's Brief for In Camera Review (the "Sealed Brief"), consisting of 14 pages, submitted in response to the Court's Minute Order of October 21, 2026 (ECF No. 12). The Sealed Brief details

(1) the specific facts and communications underlying the breakdown in the attorney-client relationship; (2) the efforts Counsel has made to contact Plaintiffs regarding the Motion to Withdraw; (3) whether Plaintiffs responded, including whether they consent or object to withdrawal; and (4) the manner in which Counsel served Plaintiffs with the Motion to Withdraw and with notice of the hearing.

**2. Basis for sealing.** The Sealed Brief discloses privileged attorney-client communications and Plaintiffs' confidences that Counsel is obligated to protect under California Rules of Professional Conduct 1.6 and 1.16 and that cannot be disclosed on the public record. The Court itself directed that the brief be filed under seal for in camera review in its Minute Order of October 21, 2026 (ECF No. 12). Compelling interests in preserving the attorney-client privilege and protecting client confidences overcome the presumption of public access to this document.

**3. Manner of submission to the Court.** Concurrently with this Notice, Counsel has submitted the "Request to Seal Documents," the proposed order, and the Sealed Brief to the Court by e-mail to the assigned Judge's proposed orders e-mail box, with the subject line stating the case number and "Request to Seal Documents," as provided by Local Rule 141(b).

**4. Service on the parties.** This Notice of Request to Seal Documents and the Request to Seal Documents are being served on all parties who have appeared in this action. Because the Sealed Brief itself contains privileged communications and client confidences and has been ordered submitted for in camera review, the Sealed Brief is not served on any other party. The basis for excluding the other parties from service of the Sealed Brief is set forth in the Request to Seal Documents.

Dated: October 27, 2026

M&Y PERSONAL INJURY LAWYERS

By: /s/- *Will Ramey*
WILL RAMEY
Attorneys for Plaintiffs
KENNETH BERNARD WALTON,
MICHELLE ANTANETTE ZENO, and DUNG NGUYEN

# CERTIFICATE OF SERVICE

I hereby certify that on the date below, I caused a true and correct copy of the foregoing document to be served by the Court's electronic CM/ECF system on the following individuals on October 27, 2026:

| | |
|---|---|
| Nathaniel S.G. Braun, Esq.<br>nbraun@sinclairbraun.com<br>Lara M. Kruska, Esq.<br>lkruska@sinclairbraun.com<br>Samantha Aceves, Esq.<br>saceves@sinclairbraun.com<br>SINCLAIR BRAUN KARGHER LLP<br>15260 Ventura Blvd., Suite 715<br>Sherman Oaks, California 91403<br>Telephone: (213) 429-6100<br>Facsimile: (213) 429-6101 | Attorneys for Defendant BLUE HILL SPECIALTY INSURANCE COMPANY INC. |

I hereby certify that on the date below, I caused a true and correct copy of the foregoing document to be served via US Mail on the following individuals on October 27, 2026:

Kenneth Bernard Walton
2969 42nd St.
Sacramento, CA 95817

Dung Nguyen
8280 Florin Rd.
Sacramento, CA 95828

Michelle Antanette Zeno
4800 Kokomo Dr., Apt. 5022
Sacramento, CA 95835

Executed on October 27, 2026, at Los Angeles, California.

*/s/ Amber Henderson*_____
Amber Henderson